IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED SUNIGA,

     Plaintiff,                     No. CIV S-11-2572 CKD P

   vs.

J. VAN SANT, et al.,

     Defendants.            ORDER

_____/

       Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances at this time. Plaintiff's motion for the appointment of counsel will therefore be denied without prejudice to renewal at a later stage of the proceedings.

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the
2 | appointment of counsel (Docket No. 7) is denied without prejudice.

Dated: April 12, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp
suni2572.31