IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED SUNIGA,

        Plaintiff,           No.  2:11-cv-2572 WBS CKD P

    vs.

J. VAN SANT, et al.,         <u>ORDER STAYING CASE</u> &

        Defendants.      <u>SETTING SETTLEMENT CONFERENCE</u>

_____/

        On November 15, 2012, the parties filed a stipulation to stay this matter pending settlement talks.   The parties also request that the Court set a settlement conference.  Having considered the stipulation of the parties, IT IS HEREBY ORDERED that:

        1.  The Amended Discovery and Scheduling Order issued September 18, 2012 (Dkt. No. 25) is hereby VACATED;

        2.  This litigation is stayed pending settlement talks;

        3.  A settlement conference is this matter is set for 9:00 a.m. on January 17, 2013 before the Honorable Craig M. Kellison at the U.S. District Court, 501 I Street, Sacramento 95814 in Courtroom #2;

        4.  Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person;

1

 1         5. Those in attendance must be prepared to discuss the claims, defenses, and
 2  damages. The failure of any counsel, party or authorized person subject to this order to appear in
 3  person may result in the imposition of sanctions. In addition, the conference will not proceed
 4  and will be reset to another date.
 5         6. Discovery and dispositive motion deadlines will be reset after mediation if
 6  necessary.
 7   Dated: November 15, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
suni2572.sett