# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ALFRED SUNIGA,

        Plaintiff,          2:11-cv-2572 WBS CKD P

  vs.

J. VAN SANT, et al.,         **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Defendants.

_____/

    Alfred Suniga, inmate #F-71280, a necessary and material witness in a settlement conference in this case on January 17, 2013, is confined in California State Prison, Sacramento, Prison Road, Represa, California 95671, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on January 17, 2013 at 8:15 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. This shall amend the writ issued November 15, 2012;

    2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

    3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Sacramento, P. O. Box 290002, Represa, California 95671:**

    **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 14, 2013

                            _/s/ Carolyn K. Delaney_
                            CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE

suni2572.841(b)