UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SUNIGA,<br><br>             Plaintiff,<br><br>    v.<br><br>J. VAN SANT, et al.,<br><br>             Defendants. | No.  2:11-cv-2572 WBS CKD P<br><br><br><br>ORDER |

All parties have stipulated that this action be dismissed with prejudice.  (ECF No. 38.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), and defendants' pending motion (ECF No. 37) is denied as moot.

Dated: August 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /suni2572.59c

1